RECEIVED
SDNY PRO SE OFFICE
2022 AUG 19 PM 1:24

<u>United States District Court Southern District of New York</u>

<u>Robert mercer</u>

<u>v</u>

<u>Westchester medical center</u>

<u>Complaint for Punitive damages for mental anguish, Compensatory damages and Declaratory relief</u>

1. Plaintiff Robert Mercer in support of his complaint against the defendant Westchester medical center hereby States the following:

2. The plaintiff herein Robert Mercer is a resident of the state of New York and resides in New York city, st Nicholas houses.

3. The defendant herein Westchester medical center has a place of business at Westchester county New York 100 woods road Valhalla New York 10595 in New York state defendant is engaged in the business as a medical behavior center.

## Jurisdiction and venue

4. This court has specific jurisdiction to hear this case pursuant to the US Constitution's first amendment and pursuant to 28 USC 1331 and 42 USC 1983. This complaint is timely filed pursuant to cplr 214. As well as under the due process claim clause of the US Constitution because among other things the cause of action in this complaint arises from the defendant transacting business in this Commonwealth and causing tortious injury by an act of omission in this Commonwealth. Moreover, exercising jurisdiction would not offend traditional notions of fair play and substantial Justice because the defendant could have, indeed should have reasonably foreseen being held into a New York district Court to account for their false and misrepresenting statements.

## Nature of action

5. This action arises from the misrepresentation of Mental hygiene law 9.13's omh 472 form which was represented by vishnupriya samarendra a Westchester medical center social worker as, a patient having to write a notice of discharge then would have to wait 72 hours to be released, see exhibits from case 22-cv-8268 *Robert Mercer v Westchester medical center*, Giving Mr Mercer the impression that he had to wait 3 days until he is released when in fact MHL 9.13 States: for a period not to exceed 72 hours.

6. The facts and contingencies of Mental Hygiene Law 9.13 form presented to Mr Mercer were misrepresented and false statements.

7. The false and misrepresented statements made by vishnupriya samarendra, a Westchester medical center social worker, deprived Mr Mercer his privilege to MHL 9.13 and right to be properly informed as to what he was signing.

8. The social worker made false and misrepresenting statements in regards to MHL 9.13's omh 472 form she also stated to Mr Mercer that he would have to stay until March 22nd until they found an outpatient therapist that took Mr Mercer's medical insurance.

### State a claim upon which relief may be granted

9. Mr Mercer now suffers from post traumatic stress disorder anxiety and depression as a direct result of the Westchester medical center social workers misrepresentation of MHL 9.13. Mr Mercer felt trapped, kidnapped and stripped of his right to life and deprived of the privilege to be properly informed.

10. Mr Mercer suffered from mental anguish and emotional distress. Mr Mercer felt as if he was manipulated, he felt lied too, Mr Mercer was scared after being told he would have to spend additional time there after signing what the Westchester medical center social worker referred to as a 72-hour notice.

### Claim under 42 USC 1983

11. As a direct result of Westchester medical center staff workers' misrepresentation of MHL 9.13 Mr Mercer was deprived of his privileges and right to mental hygiene law 9.13.

12. Mr Mercer was deprived of his rights to be properly informed as to signing the MHL 9.13 omh 472 form, Mr Mercer was deprived of his right to freedom when the facts about Mr Mercer's freedom were false and misrepresented to be in accordance with 42 USC 1983

13. The social worker vishnupriya samarendra was working on the day March 15th 2021 as a MD when she misrepresented the facts and contingencies of MHL 9.13 to Mr Mercer, depriving Mr Mercer's freedom, privileges and right to be properly informed, to be in accordance with 42 USC 1983.

### Conclusion

14. From March 1st 2021 to March 17 2021, Mr Mercer was admitted to the Westchester medical center, on March 15 2021, vishnupriya samarendra a social worker for the hospital misrepresented the facts and contingencies of mental hygiene law 9.13 causing tortious injuries by an act of omission.

15. By reasons of the facts and circumstances and pursuant to the provision set forth in 42 USC 1983 wherefore the plaintiff's respectfully request that the court enter an award in the plaintiff's favor against the defendant as follows:

16. Awarding Mr Mercer compensatory damages of not less than $55,000,000.00

17. Awarding Mr Mercer punitive damages for mental anguish to the maximum extent permitted by the laws of this Commonwealth but not less then $350,000

18. A civil penalty of $30,000,000.00

19. Declaratory relief

20. such other and further relief as the courts deems appropriate

Date: 8/19/2022
Sign : /s/ Robert Mercer
Robert Mercer

```
REPORT NUMBER: WINRD145                    SEMI-MONTHLY PUBLIC ASSISTANCE BUDGET CALCULATION                          REPORT DATE: //
[PJ]                                                                                                                              PAGE: 1
EFFECTIVE DATE OF BUDGET: 10/4/21    LOCAL OFFICE: 018    WORKER: WMCJT    CASE NAME: MERCER ROBERT
CASE NUMBER: 000354066121            SUFFIX: 01                    NUMBER IN PA HOUSEHOLD: 1             NUMBER IN PA SUFFIX: 1

           NEEDS                                                                  EARNED INCOME
           -----                     185% TEST & POVERTY                          -------------
[STR]                                LEVEL TEST AMOUNT             D. GROSS                              .00
-----
PRE ADDED ALLOWANCE                         79.00                                               ACTUAL          ALLOWED
                                                                                                ------          -------
SHELTER                                    107.50                  STANDARD DEDUCTION             .00              .00
ENERGY                                       7.05                  55% DEDUCTION                  .00              .00
ENERGY SUPPLEMENT                            5.50                  CHILD CARE                     .00              .00
WATER                                         .00                  $15 EXEMPTION                  .00              .00
FUEL                                          .00                  1/3 EXEMPTION                  .00              .00
PREGNANCY ALLOWANCE                           .00                  OTHER DEDUCTIONS (INCLUDES
HOME DELIVERED MEALS                          .00                    PRORATA REDUCTION AMT)       .00              .00
RESTAURANT ALLOWANCE                          .00                  E. TOTAL DEDUCTIONS                             .00
OTHER NEEDS                                   .00                  F. NET EARNED INCOME                            .00

TOTAL NEEDS FOR 185% TEST                  199.05
185% X TOTAL NEEDS             368.25                                             UNEARNED INCOME
                                                                                  ---------------
TOTAL EARNED + UNEARNED          .00             SOURCE                                             AMOUNT
FOR 185% TEST                                    ------                                             ------
POVERTY LEVEL TEST             536.67                                                                  .00
                                                                                                       .00
TOTAL INCOME FOR                 .00
POVERTY LEVEL TEST                                                                                     .00
                                                                                                       .00
NEEDS REDUCTION DUE TO IVD SANCTION                      .00
TOTAL NEEDS FOR NET INCOME TEST                       199.00       G. TOTAL UNEARNED INCOME                        .00
NEEDS REDUCTION DUE TO PRORATA SANCTION                  .00          UNEARNED INCOME DEDUCTION (INCLUDES
TOTAL NEEDS FOR BUDGET DEFICIT CALCULATION            199.00             PRORATA REDUCTION AMT)                    .00
 OTHER ALLOWANCES                                                  H. NET UNEARNED INCOME                          .00
 ----------------                                                  I. TOTAL INCOME (F + H)                         .00
REFRIGERATOR RENTAL ALLOWANCE                            .00
                                                                                                 PA          GRANT CALCULATION
                                                                                                 --          -----------------
                                                                   C. TOTAL NEEDS                                199.00
                                                                   I. TOTAL INCOME                                 .00
                                                                   J. BUDGET DEFICIT                             199.00
                                                                   : RECOUPMENT AMOUNT                             .00
                                                                   : SEMI-MONTHLY PA GRANT                       199.00

STE REPORTE SERA TAMBIEN DISPONIBLE EN ESPANOL         NOTE: AMOUNTS SHOWN IN ITEMS (A) AND (J) ABOVE HAVE BEEN ROUNDED DOWN.
JDGET NUMBER:           (BASIS)
```

```
REPORT NUMBER: WINRU154 (REV. 8/03)     SNAP BUDGET CALCULATION FOR PA & PA-SSI CASES                              REPORT DATE: //
(PSI Rel 12.3)                                                                                                     PAGE: 1
CASE NUMBER: 00035406612I    INC: 018   NUMBER IN CASE: 1    WORKER: WMCJT    CASE NAME: MERCER ROBERT
                                                                                         EFFECTIVE DATE OF BUDGET: 10/4/21
 BUDGET CALCULATION
 ------------------
 1. INCOME                                                  E. SHELTER COSTS
    SEMI-MONTHLY GROSS EARNED INCOME            .00           20. S/M ACTUAL RENT OR MORTGAGE (BILLED TO HOUSEHOLD)      107.50
 2. NET S/M INCOME FROM BOARDER/LODGER          .00           21. S/M COMBINED UTILITY/PHONE STANDARD                       .00
 3. TOTAL S/M INCOME (LINE 1 + 2)               .00           22. S/M COMBINED HEAT/UTILITY/PHONE STANDARD               426.00
 4. S/M PA GRANT                             199.00           23. S/M PHONE STANDARD                                       .00
 5. TOTAL S/M PA RECOUPMENT                     .00           24. OTHER S/M SHELTER EXPENSE REAL ESTATE TAXES,
                                                                  INSURANCE, INSTALLATION OF UTILITIES, ETC.               .00
 6. NET S/M PA GRANT (LINE 4 MINUS 5)        199.00           25. LINES 20 + 21 + 22 + 23 + 24                    E.    533.50
 7. GROSS S/M OTHER UNEARNED INCOME             .00        F. EXCESS SHELTER DEDUCTIONS
 8. TOTAL S/M UNEARNED INCOME (LINES 6 + 7)  199.00           26. TOTAL SHELTER COST, E                                 533.50
 9. S/M GROUP HOME EXCLUSION                    .00           27. 1/2 OF ADJUSTED INCOME, D                               55.25
10. S/M CHILD SUPPORT EXCLUSION                 .00           28. EXCESS SHELTER COSTS. (LINES 26 MINUS 27)              478.25
                                                                  IF 26 IS LESS THAN 27, ZERO WILL APPEAR.
11. LINES 3 + 8 LESS LINES 9 + 10       A.   199.00           29. MAXIMUM SHELTER DEDUCTION FOR AGED/DISABLED,
    130% STANDARD SEMI-MONTHLY          B.   698.00               AMOUNT FROM LINE 28, FOR ALL OTHERS ACTUAL, OR
 DEDUCTIONS                                                       STANDARD, 298.50, WHICHEVER IS LESS.           F.    298.50
12. 20% OF LINE 3                               .00        G. SEMI-MONTHLY SNAP NET INCOME
13. STANDARD DEDUCTION                        88.50           30. D, ADJUSTED INCOME                                    110.50
14. ALLOWABLE SEMI-MONTHLY CHILD-CARE/                        31. F, EXCESS SHELTER DEDUCTION                           298.50
    DEPENDENT CARE COSTS                        .00           32. S/M NET SNAP INCOME  (LINE 30 MINUS 31)       G.         .00
15. ALLOWABLE S/M MEDICAL DEDUCTIONS            .00        H. MONTHLY SNAP NET INCOME
16. CHILD SUPPORT DEDUCTIONS                    .00           33. MULTIPLY AMOUNT IN 32 X 2                      H.         .00
17. HOMELESS SHELTER DEDUCTION                  .00        I. BENEFIT ENTITLEMENT
18. LINES 12 + 13 + 14 + 15 + 16 + 17   C.    88.50           34. BENEFIT                                              250.00
                                                              35. MONTHLY SNAP RECOUPMENT                                  .00
19. ADJUSTED INCOME                                           36. ADJUSTED BENEFIT AMOUNT (LINE 34 MINUS 35)    I.     250.00
    A MINUS C                           D.   110.50

ESTE REPORTE SERA TAMBIEN DISPONIBLE EN ESPANOL
                                                   FEDERAL SNAP:   250.00   STATE SNAP:   .00
BUDGET NUMBER:             (BASIS)
```